THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00069-MR-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RUSSELL EUGENE PITTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 11].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Without Prejudice [Doc. 11] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the U.S. Marshals Service, and the U.S. Probation Office.

**IT SO ORDERED.**

Signed: October 26, 2019

Martin Reidinger
United States District Judge